# United States Court of Appeals
## For the First Circuit

No. 12-2186

UNITED STATES OF AMERICA,

Appellant,

v.

PAUL GIFFORD,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 13, 2013, is amended as follows:

On page 3, line 18: replace "February 9, 2001" with "February 9, 2011"